## HANCOCK AND ESTABROOK *v.* DAVID M. BROWN (14481)

Dupont, C. J., and O'Connell and Hennessy, Js.

Argued March 18—decision released April 2, 1996

*Richard J. Pober,* for the appellant (defendant).

*Scott Charmoy,* with whom, on the brief, were *Ira B. Charmoy* and *James M. Nugent,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.